OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

*[FILED IN THE UNITED STATES BANKRUPTCY COURT — 2010 JUN 16 PM 3: 15 — DISTRICT OF UTAH]*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| IN RE: | CASE NO: 05-38372 |
| RONALD DWAYNE CARDWELL | |
| SANDRA LEA CARDWELL | Chapter 13 |
| | |
| Debtors | JUDGE JUDITH A. BOULDEN |

### DECLARATION OF TRUSTEE REGARDING DEPOSIT OF UNCLAIMED FUNDS

KEVIN R. ANDERSON, the duly appointed, Standing Chapter 13 Trustee ("Trustee") in the above-captioned case declares, under penalty of perjury, that:

The following payee was issued disbursements in the amount set forth below. The disbursement check listed was not negotiated within 90 days of issuance, or has been returned to the Trustee as undeliverable by the Post Office, or the Trustee has been unable to obtain a current address of the payee.

The Trustee has issued a stop payment on the listed check.

| Payee Name & Address (last known) | Check Amount |
| --- | --- |
| MK Funding LLC | $303.82 |
| 307 E. Stanton Ave. | |
| Salt Lake City, UT 84111 | |

The above listed address is the last known address for the payee. The check in question totals $303.82. This total represents unclaimed funds which the Trustee does herewith pay into the registry of the United States Bankruptcy Court for the District of Utah.

Dated: 06/16/2010

*/s/ Kevin R. Anderson*
Kevin R. Anderson, Chapter 13 Trustee

### CERTIFICATE OF MAILING

I, the undersigned, do hereby certify that a true and correct copy of the foregoing Declaration of Trustee Regarding Deposit of Unclaimed Funds was properly addressed, posted in the U.S. Mail, first class, postage prepaid on 06/16/2010 to the following parties at the addresses listed below:

RONALD DWAYNE CARDWELL AND SANDRA LEA CARDWELL, 5221 CHARLOTTE AVE., KEARNS, UT 84118

JUSTIN O. BURTON, ECF NOTIFICATION

/s/ *[signature]*
Employee of Chapter 13 Trustee